IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COMMODORE JACKSON,

    Petitioner,

-vs-

WARDEN STEPHEN B. DUNCAN,

    Respondent.                               No. 15-cv-1000-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum and Order entered by this Court on March 31, 2016 (Doc. 26), the Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2241 is **DISMISSED without prejudice.**

                                       JUSTINE FLANAGAN,
                                       ACTING CLERK OF COURT

                                       BY:  s/*Caitlin Fischer*
                                                Deputy Clerk

**DATED:** April 4, 2016

Digitally signed by
Judge David R. Herndon
Date: 2016.04.04
15:33:57 -05'00'

**APPROVED:**
        U.S. DISTRICT JUDGE
        U. S. DISTRICT COURT